UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 3 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-CR-271-JCM-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALBERT LAWRENCE VAUGHAN ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#51), sentencing held on October 10, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $5,722.99

Name of Payee: BUSINESS BANK OF NV
Amount of Restitution: $7,904.85

Name of Payee: CITIBANK
Amount of Restitution: $4,454.50

Name of Payee: FDIC RESTITUTION PAYMENTS
Amount of Restitution: $2,049.00

**Total Amount of Restitution ordered:** $20,131.34

Dated this ____1st____ day of May, 2019.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE